UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLAN DAVISSON )<br>　　　　Plaintiff　　　　　) <br>　　　　　　　　　　　　　　) <br>v.　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　) <br>Enhanced Recovery Company, LLC ) <br>　　　　Defendant　　　　　) <br>_____) | Civil Case No.: 2:11−cv−11796−GER −RSW |

**VOLUNTARY NOTICE OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiff voluntarily dismisses with prejudice his claims against Defendant.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　ALLAN DAVISSON


　　　　　　　　　　　　　　　　　　　By:　　s/ Jarrod Barron
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: June 20, 2011

Jarrod Barron, P55353
Jarrod Barron, PLLC
1555 West Lansing Road
Morrice, MI  48857
Telephone: 517-481-3521
Facsimile: 888-532-9887
jarrodbarron@yahoo.com